UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MALIBU MEDIA, LLC,

                Plaintiff,

-v-

JOHN DOE, subscriber assigned IP address 98.15.155.153,

                Defendant.

Case No. 14-CV-8901 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

    At the Conference held before the Court on November 9, 2015, the Court denied Defendant's Motion to Quash for the reasons stated on the record. The Court also ordered that Defendant will be permitted to litigate this case anonymously unless and until this Court orders otherwise. Plaintiff is therefore ordered to take all steps necessary to preserve Defendant's anonymity. Specifically, Plaintiff is ordered to not disclose Defendant's name, address, telephone number, email address, social media username, or any other identifying information, other than Defendant's IP address, that Plaintiff may subsequently learn. Plaintiff shall not threaten to disclose any of Defendant's identifying information. Additionally, Plaintiff shall not publicly file any of Defendant's identifying information and must file all documents containing Defendant's identifying information under seal.

SO ORDERED.

DATED:    November 9, 2015
                White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE